UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


UNITED STATES OF AMERICA                Criminal No.  97-CR-31 (3)  (MJD/AJB)

                    Plaintiff,


        v.

                                                    O R D E R

Luis Marinae Corona (3),


                    Defendant.

_____

        Upon the hearing on May 13, 2011, IT IS SO ORDERED the following conditions

 shall be followed:

        1.      The defendant shall serve 90 days in the custody of the Bureau of Prisons.

        2.      Supervised Release shall be terminated after the 90 days of custody is

        served.


DATED:  May 13, 2011                     s/Michael J. Davis_____
                                         Michael J. Davis
                                         Chief Judge
                                         United States District Court